TAYLOR v. BOGER

    No. 125 PC.

    Case below: 27 N.C. App. 337.

    Petition for discretionary review under G.S. 7A-31 allowed 6 January 1976.

TIDWELL v. BOOKER

    No. 137 PC.

    Case below: 27 N.C. App. 435.

    Petition for discretionary review under G.S. 7A-31 allowed 6 January 1976.

WORTHINGTON v. WORTHINGTON

    No. 133 PC.

    Case below: 27 N.C. App. 340.

    Petition for discretionary review under G.S. 7A-31 denied 6 January 1976.